UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS MCDANIEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. C14-5289 RBL-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (Dkt. 1 and 3) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 24th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge