UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C14-5289 RBL-JRC

ORDER THAT PETITIONER FILE A MOTION TO CHANGE THE CASE CAPTION AND NAME A PROPER RESPONDENT

The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. 2254.

Petitioner has named only the State of Washington as respondent. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

ORDER THAT PETITIONER FILE A MOTION TO
CHANGE THE CASE CAPTION AND NAME A
PROPER RESPONDENT - 1

1  this Court of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360
2  (9th Cir. 1994).
3      Petitioner is ordered to file a motion asking the Court to change the case caption and
4  name the proper respondent.  Petitioner's motion must be filed on or before June 13, 2014.
5      Dated this 24th day of April, 2014.

                                                            J. Richard Creatura
                                                            United States Magistrate Judge

ORDER THAT PETITIONER FILE A MOTION TO
CHANGE THE CASE CAPTION AND NAME A
PROPER RESPONDENT - 2