UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS MCDANIEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT.<br><br>　　　　　Respondent. | CASE NO. C14-5289 RBL-JRC<br><br>ORDER CHANGING THE CASE CAPTION AND DIRECTING PETITIONER TO FILE A SIGNATURE PAGE |

　　　The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner seeks relief from a state conviction.  The petition is filed pursuant to 28 U.S.C. § 2254.

　　　The Court grants petitioner's motion to change the case caption and name Maggie Miller-Stout as respondent.

　　　In preparing to order service of the petition and memorandum, the Court notes that the copy of the petition on file is not signed (Dkt. 6).  Fed. R. Civ. P. 11 states that a Court must strike an unsigned pleading unless the omission is promptly corrected after being brought to the

1 party's attention.  Petitioner has until July 25, 2014, to return a signature page for his petition.

2 The Court directs the Clerk's office to send petitioner a copy of the last page of his petition for

3 signature (Dkt. 6).

4       Dated this 1st  day of July, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER CHANGING THE CASE CAPTION AND
DIRECTING PETITIONER TO FILE A
SIGNATURE PAGE - 2