UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C14-5289 RBL-JRC

ORDER TO PROVIDE ADDITIONAL INFORMATION

The District Court referred this petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. The referral is made pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

The Court would like to review a copy of the taped interview between C.D. and Cornelia Thomas that was admitted into evidence as an exhibit at trial (Dkt. 18, Exhibit 11 verbatim report of proceedings January 27, 2011, page 582(trial exhibit 2)).

The Court orders respondent to submit a copy of the exhibit on or before February 20, 2015.

Dated this 16th day of January, 2015.

J. Richard Creatura
United States Magistrate Judge