DISTRICT JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DENNIS MCDANIEL,

          Petitioner,

   v.

MAGGIE MILLER-STOUT,

          Respondent.

NO. C14-5289-RBL-JRC

**ORDER GRANTING RESPONDENT'S MOTION TO SEAL**

Respondent, having filed a motion to seal in this matter, Petitioner having no objection to the motion, and the Court being fully advised and having examined the records and files herein,

**NOW THEREFORE**, it is hereby

**ORDERED** that Respondent's motion to seal is hereby **GRANTED** and the Clerk is directed to seal the DVD of the victim interview, attached to the Notice of Filing Physical Materials with the Clerk.

**ORDERED** that Respondent is ordered to send a copy of the video to the DOC who will receive the video and make the video available for Mr. McDaniel to view but not possess.

**ORDERED** that the video shall be returned to Respondent after the termination of this action, including all appeals.

DATED this 4th day of March, 2015.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

1  Submitted by:

2  ROBERT W. FERGUSON
   Attorney General
3

4  s/ Mandy L. Rose
   MANDY L. ROSE, WSBA #38506
5  Assistant Attorney General

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26