HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED

MAY 12 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C14-5289 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

[DKT. #25]

THIS MATTER is before the Court on the Plaintiffs' Petition for Writ of Habeas Corpus Dkt. #6] and on Magistrate Judge Creatura's Report and Recommendation [Dkt. #25]. The Report and Recommendation concludes that the Petition should be DENIED, and that the Court should not a Certificate of Appeal.

The Report and Recommendation is **ADOPTED**.

For the reasons articulated in the Report and Recommendation, Petitioner's Petition for a Writ of Habeas Corpus [Dkt. #8] is **DENIED** and **DISMISSED** on the merits.

The Court will not issue a Certificate of Appealability, but Petitioner's *in forma pauperis* status may continue on appeal.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

**IT IS SO ORDERED.**

Dated this 12th day of May, 2015.

Ronald B. Leighton
United States District Judge